CO-386-online
10/03

# United States District Court
# For the District of Columbia

ANGEL TABE,

     Plaintiff

vs.

ALLIED BARTON SECURITY SERVICES,

     Defendant

Civil Action No. __1:07-cv-02043 (RWR)__

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendant__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AlliedBarton Security Services__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_James E. McCollum, Jr._ (signature)
Signature

__398117__
BAR IDENTIFICATION NO.

James E. McCollum, Jr.
Print Name

7309 Baltimore Ave., Suite 117, P.O. Box 1717
Address

College Park, MD  20741-1717
City  State  Zip Code

(301) 864-6070
Phone Number