CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANGEL TABE                                        )
                                                  )
                                                  )
                                                  )
                    Plaintiff                     )
                                                  )
                                                  )
            v.                                    )    Civil Case Number 07-2043 (ESH)
                                                  )
                                                  )
ALLIED BARTON SECURITY                            )    Category      H
SERVICES                                          )
                                                  )
                    Defendant                     )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>January 7, 2008</u> from <u>Judge Richard W. Roberts</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:     <u>Judge Roberts</u> & Courtroom Deputy
        <u>Judge Huvelle</u> & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk ✓