CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANGEL TABE                          )
                                    )
                                    )
                                    )
         Plaintiff                  )
                                    )
                                    )
         v.                         )   Civil Case Number 07-2043 (RMU)
                                    )
                                    )
ALLIED BARTON SECURITY              )   Category    H
   SERVICE                          )
                                    )
         Defendant                  )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on January 8, 2008 from Judge Ellen S. Huvelle to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Huvelle & Courtroom Deputy
      Judge Urbina & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk