UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, ) | |
| ) | |
| Plaintiff ) | Case No.: 1:07-cv-02043 (RMU) |
| ) | |
| v. ) | |
| ) | |
| ALLIED BARTON SECURITY SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, James E. McCollum, Jr., am a member in good standing of the bar of this Court. My bar number is 398117. I am moving for the admission of Marty N. Martenson and Donna L. Keeton to appear *pro hac vice* in this case as lead counsel for Defendant AlliedBarton Security Services.

As set forth in the Declarations of Mr. Martenson and Ms. Keeton, attached hereto as Exhibits 1 and 2, respectively, we certify that:

1. Mr. Martenson is a Partner and Ms. Keeton is an Associate with the law firm Martenson, Hasbrouck & Simon LLP, which is located at 3379 Peachtree Road, N.E., Suite 400, Atlanta, Georgia 30326, (404) 909-8100.

2. Marty N. Martenson is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| Georgia State and Superior Courts | 06/12/89 |
| Georgia Court of Appeals | 05/21/91 |
| Georgia Supreme Court | 05/21/91 |
| U.S. District Court, Northern District of Georgia | 02/11/91 |
| U.S. District Court, Middle District of Georgia | 12/28/93 |
| U.S. District Court, Southern District of Georgia | 04/23/96 |

| | |
|---|---|
| U.S. District Court, District of Colorado | 11/03/97 |
| U.S. District Court, Central District of Illinois | 07/20/95 |
| U.S. District Court, Western District of Michigan | 03/26/98 |
| U.S. District Court, Eastern District of Wisconsin | 01/09/07 |
| U.S. Court of Appeals, Fourth Circuit | 03/19/96 |
| U.S. Court of Appeals, Sixth Circuit | 04/21/03 |
| U.S. Court of Appeals, Ninth Circuit | 11/03/97 |
| U.S. Court of Appeals, Eleventh Circuit | 11/03/99 |

3.	Donna L. Keeton is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| Georgia State and Superior Courts | 11/19/99 |
| Georgia Court of Appeals | 06/08/00 |
| U.S. District Court, Northern District of Georgia | 12/20/99 |
| U.S. District Court, Middle District of Georgia | 01/12/00 |
| U.S. District Court, Eastern District of Wisconsin | 01/09/07 |
| U.S. Court of Appeals, Sixth Circuit | 06/07/00 |
| U.S. Court of Appeals, Eleventh Circuit | 09/08/00 |

4.	During the last two years immediately preceding this motion, neither Mr. Martenson nor Ms. Keeton has been admitted *pro hac vice* in this Court.

5.	Neither Mr. Martenson nor Ms. Keeton has been disciplined by any bar in any jurisdiction.

6.	Mr. Martenson and Ms. Keeton are familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that they shall be subject to the disciplinary jurisdiction of this Court.

7.	Mr. Martenson and Ms. Keeton understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

8.	The undersigned Movant will serve as co-counsel in this proceeding.

Respectfully submitted, this 9th day of January, 2008.

**MCCOLLUM & ASSOCIATES, LLC**

/s/
James E. McCollum, Jr. (D.C. Bar No. 398117)
7309 Baltimore Avenue, Suite 117
P.O. Box 1717
College Park, MD 20740-1717
Telephone: (301) 864-6070
Facsimile: (301) 864-4351

**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE,  )<br>)<br>Plaintiff  )<br>)<br>vi.  )<br>)<br>ALLIED BARTON SECURITY SERVICES,  )<br>)<br>Defendant.  )<br>) | Case No.: 1:07-cv-02043 (RMU) |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document entitled MOTION FOR ADMISSION *PRO HAC VICE* has been filed with the Court via the Court's Electronic Case Filing and Case Management System, and that a true and correct copy, along with a copy of the notice of electronic filing, has been served on Plaintiff *pro se* via U.S. First Class Mail, proper postage affixed, addressed as follows:

> Angel Tabe
> 614 Ethan Allen Ave.
> Takoma Park, MD 20912

This 9th day of January, 2008.

/s/_____
James E. McCollum, Jr.

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, ) | |
| ) | |
| Plaintiff ) | Case No.: 1:07-cv-02043 (RMU) |
| ) | |
| v. ) | |
| ) | |
| ALLIED BARTON SECURITY SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DECLARATION OF MARTY N. MARTENSON

COMES NOW Marty N. Martenson and, pursuant to L. Cv. R. 83.2 and 28 U.S.C. § 1746, makes the following declaration:

1.  My name is Marty N. Martenson. I am over 18 years of age, suffer from no legal disabilities, and am competent to testify regarding the matters contained herein. I offer this Declaration upon my own personal knowledge and information and give this Declaration in support of my application for admission *pro hac vice* in the above-captioned matter.

2.  I am licensed to practice law in the State of Georgia, and I am a Partner in the law firm of Martenson, Hasbrouck & Simon LLP, which is located at 3379 Peachtree Road, N.E., Suite 400, Atlanta, Georgia 30326, Telephone: (404) 909-8100, Facsimile: (404) 909-8120. I do not maintain an office in the District of Columbia.

3.  I practice law principally in the State of Georgia and am admitted to practice before the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| Georgia State and Superior Courts | 06/12/89 |
| Georgia Court of Appeals | 05/21/91 |

| | |
|---|---|
| Georgia Supreme Court | 05/21/91 |
| U.S. District Court, Northern District of Georgia | 02/11/91 |
| U.S. District Court, Middle District of Georgia | 12/28/93 |
| U.S. District Court, Southern District of Georgia | 04/23/96 |
| U.S. District Court, District of Colorado | 11/03/97 |
| U.S. District Court, Central District of Illinois | 07/20/95 |
| U.S. District Court, Western District of Michigan | 03/26/98 |
| U.S. District Court, Eastern District of Wisconsin | 01/09/07 |
| U.S. Court of Appeals, Fourth Circuit | 03/19/96 |
| U.S. Court of Appeals, Sixth Circuit | 04/21/03 |
| U.S. Court of Appeals, Ninth Circuit | 11/03/97 |
| U.S. Court of Appeals, Eleventh Circuit | 11/03/99 |

4. I am a member in good standing in every jurisdiction in which I have been admitted, and I have not been disciplined by any bar in any jurisdiction.

5. During the last two (2) years, I have not been admitted *pro hac vice* to this Court.

6. Defendant AlliedBarton Security Services ("Defendant") has asked that I represent it in this matter. Defendant will also be represented by James E. McCollum Jr. and Amit K. Sharma of the firm McCollum & Associates, LLC.

7. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

8. I further understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2008.

> s/Marty N. Martenson
> Marty N. Martenson
> Georgia Bar No. 471100

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, ) | |
| ) | |
| Plaintiff ) | Case No.: 1:07-cv-02043 (RMU) |
| ) | |
| v. ) | |
| ) | |
| ALLIED BARTON SECURITY SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DECLARATION OF DONNA L. KEETON

COMES NOW Donna L. Keeton and, pursuant to L. Cv. R. 83.2 and 28 U.S.C. § 1746, makes the following declaration:

1. My name is Donna L. Keeton. I am over 18 years of age, suffer from no legal disabilities, and am competent to testify regarding the matters contained herein. I offer this Declaration upon my own personal knowledge and information and give this Declaration in support of my application for admission *pro hac vice* in the above-captioned matter.

2. I am licensed to practice law in the State of Georgia, and I am an Associate with the law firm of Martenson, Hasbrouck & Simon LLP, which is located at 3379 Peachtree Road, N.E., Suite 400, Atlanta, Georgia 30326, Telephone: (404) 909-8100, Facsimile: (404) 909-8120. I do not maintain an office in the District of Columbia.

3. I practice law principally in the State of Georgia and am admitted to practice before the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Georgia State and Superior Courts | 11/19/99 |
| Georgia Court of Appeals | 06/08/00 |
| U.S. District Court, Northern District of Georgia | 12/20/99 |
| U.S. District Court, Middle District of Georgia | 01/12/00 |
| U.S. District Court, Eastern District of Wisconsin | 01/09/07 |
| U.S. Court of Appeals, Sixth Circuit | 06/07/00 |
| U.S. Court of Appeals, Eleventh Circuit | 09/08/00 |

4. I am a member in good standing in every jurisdiction in which I have been admitted, and I have not been disciplined by any bar in any jurisdiction.

5. During the last two (2) years, I have not been admitted *pro hac vice* to this Court.

6. Defendant AlliedBarton Security Services ("Defendant") has asked that I represent it in this matter. Defendant will also be represented by James E. McCollum Jr. and Amit K. Sharma of the firm McCollum & Associates, LLC.

7. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

8. I further understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2008.

s/Donna L. Keeton
Donna L. Keeton
Georgia Bar No. 006961