UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-02043 (RMU) |
| | ) |
| ALLIED BARTON SECURITY SERVICES, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

The Court will please note the appearance of the undersigned as counsel for Plaintiff

Angel Tabe in the above-captioned case.


Respectfully submitted,


_/s/ Alan Banov_____
ALAN BANOV #95059
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
301-588-9699; fax:  301-588-9698
abanov@banovlaw.com
Attorney for Plaintiff

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 14, 2008, a copy of the foregoing Notice of Appearance was served by facsimile transmission and by first-class mail, postage-prepaid, as well as through the Court's ECF system, upon defendant's counsel at the following address:

> James E. McCollum, Jr., Esq.
> McCollum & Associates, LLC
> 7309 Baltimore Avenue, Suite 1717
> P.O. Box 1717
> College Park, MD  20740-1717

/s/ Alan Banov_____
ALAN BANOV