UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, <br><br>        Plaintiff, <br><br> v. <br><br> ALLIED BARTON SECURITY SERVICES, <br><br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-02043 (RMU) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

ANGEL TABE deposes and states:

1. I am a competent person over 18 years of age.

2. On November 13, 2007, I served the Defendant Allied Barton Security Services in this case, by mailing a summons and a copy of the complaint, by priority mail/delivery confirmation receipt, to Allied Barton Security, 3606 Horizon Drive, King of Prussia, P.A. 19606. See Exhibit A hereto.

3. Defendant Allied Barton Security received the summons and a copy of the complaint in November 2007, as Brian O'Connor indicated in a phone call to me on November 28, 2007.

I have read this affidavit and certify under penalty of perjury that the statements made herein are true and correct to the best of my knowledge and belief.

Executed at Silver Spring, MD, this 31st day of January, 2008.

_____
ANGEL TABE

SUBSCRIBED AND SWORN to before me this 31 day of January, 2008.

_____
NOTARY PUBLIC

BERTA I. VASQUEZ ALFARO
Notary Public, State of Maryland
Prince George's County
My Commission Expires January 1, 2011

```
                LANGLEY PARK
           HYATTSVILLE, Maryland
                   207839997
               1050050787-0098
               (800)275-8777
11/13/2007                    03:55:23 PM

                  Sales Receipt
Product            Sale  Unit        Final
Description        Qty   Price       Price

KING OF PRUSSIA PA                   $4.60
19406 Zone-2 Priority
Mail Flat Rate Env
9.70 oz.
Delivery Confirmation                $0.65
Label #:        03070020000541977377
                                  =========
Issue PVI:                           $5.25

41c                  1    $8.20     $8.20
Beautiful
Blooms PSA
Bklt
                                  =========
Total:                              $13.45

Paid by:
Visa              XXXXXXXXXXXXX5203  $13.45
Account #:                 064744
Approval #:                   567
Transaction #:
23 902890813

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000201496428
Clerk: 15

All sales final on stamps and postage.
Refunds for guaranteed services only.
          Thank you for your business.
*************************************
*************************************
         HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

       YOUR OPINION COUNTS
*************************************
*************************************
```

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*

ALLIED BARTON SECURITY
3606 HORIZON DRIVE
KING OF PRUSSIA
PA 19406

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

DELIVERY CONFIRMATION NUMBER:
0307 0020 0005 4197 7377

[Postmark: NOV 13 2007 LANGLEY PARK]