UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, )<br>)<br>  Plaintiff )<br>)<br>  v. )<br>)<br>ALLIED BARTON SECURITY SERVICES, )<br>)<br>  Defendant. )<br>_____) | Case No.: 1:07-cv-02043 (RMU) |

## NOTICE OF APPEARANCE

The Court will please note the appearance of the undersigned as local counsel for Defendant Allied Barton Security Services in the above-captioned case.

Respectfully submitted,

   /s/   
Amit K. Sharma (D.C. Bar No. 503604)

McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
P.O. Box 1717
College Park, MD 20741-1717
Telephone:  (301) 864-6070
Facsimile:  (301) 864-4351
asharma@jmlaw.net

*Attorney for Defendant*

2

**<u>Certificate of Service</u>**

    I hereby certify that a copy of the foregoing was served electronically, this <u>5th</u> day of March, 2008, to:

Alan Banov, Esquire
8401 Colesville Road
Suite 325
Silver Spring, Maryland 20910

                                                         _____/s/_____
                                                         Amit K. Sharma