UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANGEL TABE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 07-2043 (RMU) |
| | : | |
| v. | : | |
| | : | |
| ALLIED BARTON SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |

### CIVIL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 13th day of March 2008,

**ORDERED** that the parties file:

| | |
|---|---|
| Motions to Amend Pleadings or Join Parties | on or before May 9, 2008; |
| Oppositions | on or before May 23, 2008; |
| Replies | on or before May 30, 2008; |
| Initial Disclosures | on or before April 14, 2008; |
| Proponent's Rule 26(a)(2)(B) Statement | on or before May 13, 2008; |
| Opponent's Rule 26(a)(2)(B) Statement | on or before June 13, 2008; and it is |

---

[1] Revised January 2005.

1

**FURTHER ORDERED** that:

| | |
|---|---|
| All discovery be completed | on or before August 29, 2008; and it is |

**ORDERED** that this case be set for:

| | |
|---|---|
| An interim status conference | on September 15, 2008 at 10:30 a.m.; and it is |

**FURTHER ORDERED** that the parties file:

| | |
|---|---|
| Dispositive motions | on or before October 17, 2008; |
| Oppositions | on or before November 17, 2008; |
| Replies | on or before December 1, 2008; and it is |

**ORDERED** that the case is referred to Magistrate Judge Alan Kay for settlement discussions. A settlement conference is scheduled for September 5, 2008 at 10:30 a.m.; and it is

**FURTHER ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

                                                  RICARDO M. URBINA
                                                  United States District Judge