UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLIEDBARTON SECURITY SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Case No.1:07-CV-02043(RMU/AK) |

**CONSENT MOTION FOR ADMISSION OF
ANJANETTE M. HAMILTON *PRO HAC VICE***

I, Alan Banov, a member in good standing of the bar of this Court and the attorney of record in the above-captioned case, respectfully move this Court to admit Anjanette M. Hamilton, one of my associates, to appear *pro hac vice* in this case as co-counsel for Plaintiff Angel Tabe.

As set forth in the accompanying declaration of Ms. Hamilton, attached hereto as Exhibit 1, we certify the following:

1. Ms. Hamilton is an associate with the law firm of Alan Banov and Associates, which is located at 8401 Colesville Road, Suite 325, Silver Spring, Maryland 20910. Our telephone number is 301-588-9699; our fax number is 301-588-9698.

2. Ms. Hamilton is a member in good standing of the highest court of the Commonwealth of Virginia (admitted November 2007).

3. During the last two years immediately preceding this motion, Ms. Hamilton has not been admitted *pro hac vice* in this Court.

4. Ms. Hamilton has not been disciplined by any bar in any jurisdiction.

5. Ms. Hamilton understands that the motion for admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. Defendant's counsel consents to this motion.

7. The undersigned Movant will continue to serve as lead counsel in this proceeding.

        Respectfully submitted,

        /s/ Alan Banov
        ALAN BANOV
        Alan Banov & Associates
        8401 Colesville Road, Suite 325
        Silver Spring, MD 20910
        301-588-9699; fax: 301-588-9698
        abanov@banovlaw.com
        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE,<br><br>  Plaintiff,<br><br>v.<br><br>ALLIEDBARTON SECURITY SERVICES, LLC,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) Case No.1:07-CV-02043(RWR/AK)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR ADMISSION OF
## ANJANETTE M. HAMILTON *PRO HAC VICE*

I, Alan Banov, am a member in good standing of the bar of this Court, and the attorney of record in the above-referenced action pending before this Court. I respectfully move this Court to admit Anjanette M. Hamilton, one of my associates, to appear *pro hac vice* in this case as co-counsel for Plaintiff Angel Tabe.

As set forth in the accompanying declaration of Ms. Hamilton, attached hereto as Exhibit 1, we certify the following:

1. Ms. Hamilton is an associate with the law firm of Alan Banov and Associates, which is located at 8401 Colesville Road, Suite 325, Silver Spring, Maryland 20910. Our telephone number is 301-588-9699; our fax number is 301-588-9698.

2. Ms. Hamilton is a member in good standing of the highest court of the Commonwealth of Virginia (admitted November 2007).

3. During the last two years immediately preceding this motion, Ms. Hamilton has not been admitted *pro hac vice* in this Court.

4. Ms. Hamilton has not been disciplined by any bar in any jurisdiction.

5. Ms. Hamilton understands that the motion for admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. Defendant's counsel consents to this motion.

7. The undersigned Movant will continue to serve as lead counsel in this proceeding.

          Respectfully submitted,

          /s/ Alan Banov
          ALAN BANOV
          Alan Banov & Associates
          8401 Colesville Road, Suite 325
          Silver Spring, MD 20910
          301-588-9699; fax: 301-588-9698
          abanov@banovlaw.com
          Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Case No.1:07-CV-02043 (RWR/AK) |
| | ) |
| ALLIEDBARTON SECURITY SERVICES, LLC, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## ORDER

Upon Consideration of the Consent Motion for Admission of Anjanette M. Hamilton *Pro Hac Vice* and the record herein, it is this _____ day of July, 2008, hereby

ORDERED that said motion be and hereby is GRANTED and that Anjanette M. Hamilton will be admitted as co-counsel in this case *Pro Hac Vice*.

 

                                                       _____
                                                      RICARDO M. URBINA
                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road
Suite 325
Silver Spring, MD 20910

Marty N. Martenson, Esq.
Donna L. Keeton, Esq.
Martenson, Hasbrouck & Simon LLP
3379 Peachtree Road, N.E., Suite 400
Atlanta, GA  30326

James E. McCollum, Jr., Esq.
Amit K. Sharma, Esq.
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
P.O. Box 1717
College Park, MD  20740-1717

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.1:07-CV-02043 (RWR/AK) |
| | ) |
| ALLIEDBARTON SECURITY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF ANJANETTE M. HAMILTON

COMES NOW Anjanette M. Hamilton herein to appear *pro hac vice* in this matter under the supervision of Alan Banov, a member of this Court and of the District of Columbia Bar, and pursuant to Local Rule 83.2 and 28 U.S.C. § 1746, makes the following declaration under penalty of perjury and in support thereof as follows:

1.  My name is Anjanette M. Hamilton. I am over 18 years of age, suffer from no legal disabilities, and am competent to testify regarding the matters contained herein. I offer this Declaration upon my own personal knowledge and information and give this Declaration in support of my application for admission *pro hac vice* in the above-captioned matter.

2.  I am an associate in the law firm of Alan Banov and Associates, located at 8401 Colesville Road, Suite 325, Silver Spring, Maryland 20910. Our telephone number is 301-588-9699 and fax number is 301-588-9698.

3.  I am licensed to practice law in the State of Virginia and have been admitted to practice before the following state courts and United States courts:

    a. Virginia State Courts: admitted November 2007 (VSB No. 74959)

2

  b. As a law student, I previously was admitted to practice law in the Superior Court of the District of Columbia pursuant to Rule 48 of the General Rules of the District of Columbia Court of Appeals, and certified and registered as therein required: admitted August 2006

4. I certify that I am a member in good standing in every jurisdiction in which I am admitted, and have not been disciplined by any bar in any jurisdiction.

5. During the last two (2) years, I have not been admitted *pro hac vice* to this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I further understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of July, 2008, at Silver Spring, Maryland.

           /s/ Anjanette_Hamilton
           Anjanette M. Hamilton
           VSB No. 74959

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.1:07-CV-02043 (RMU/AK) |
| | ) |
| ALLIEDBARTON SECURITY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon Consideration of the Consent Motion for Admission of Anjanette M. Hamilton *Pro Hac Vice* and the record herein, it is this _____ day of August, 2008, hereby

ORDERED that said motion be and hereby is GRANTED and that Anjanette M. Hamilton will be admitted as co-counsel in this case *Pro Hac Vice*.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road
Suite 325
Silver Spring, MD 20910

Marty N. Martenson, Esq.
Donna L. Keeton, Esq.
Martenson, Hasbrouck & Simon LLP
3379 Peachtree Road, N.E., Suite 400
Atlanta, GA  30326

James E. McCollum, Jr., Esq.
Amit K. Sharma, Esq.
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
P.O. Box 1717
College Park, MD  20740-1717