UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL TABE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.1:07-CV-02043 (RMU/AK) |
| | ) |
| ALLIEDBARTON SECURITY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) August 21, 2008 |

## PRAECIPE WITHDRAWING PLAINTIFF'S MOTION TO QUASH

Plaintiff Angel Tabe, by her undersigned counsel, hereby withdraws the Motion to Quash the subpoena duces tecum which Defendant AlliedBarton Security Services, LLC issued on The Wackenhut Corporation on June 24, 2008. Plaintiff filed her motion on June 30, 2008, and the Court has not yet ruled on it. Plaintiff withdraws her motion because it appears that Wackenhut may have some documents which are relevant to her claims and which Defendant has not yet produced in discovery.

Respectfully submitted,

/s/ Alan Banov
ALAN BANOV #95059
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
301-588-9699; fax: 301-588-9698
abanov@banovlaw.com
Attorney for Plaintiff